UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AHMAD A. SHARIF,<br>Plaintiffs<br><br>v.<br><br>CITY OF SPRINGFIELD POLICE<br>DEPARTMENT, and LT. CHERYL<br>CLAPPROOD,<br>Defendants | C.A. No. 05-30018-MAP |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant, Cheryl Clapprood, in the above-entitled matter.

THE DEFENDANT
By her attorneys

/s/ Michael J. Akerson

Michael J. Akerson
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 558565

/s/ Austin M. Joyce

Austin M. Joyce
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040

/s/ John K. Vigliotti

John K. Vigliotti
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 642337

/s/ Andrew J. Gambaccini

Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that I have on this 4th day of February, 2005 mailed a copy of the enclosed Answer of Defendant Cheryl Clapprood to Plaintiff's Complaint and Jury Demand via, first class, postage prepaid to:

Tammy Sharif, Esq.
Law Firm of Tammy Sharif
1242 Main Street, Suite 314
Springfield, MA 01103

Ed Pikula, Esq.
City of Springfield Law Department
36 Court Street
Springfield, MA 01103

/s/ Austin M. Joyce
_____
Austin M. Joyce, Esq.