# United States District Court
# District of Massachusetts

CIVIL ACTION:   05-30018-MAP

Ahmad A. Sharif,

              **PLAINTIFF**

    v.

City of Springfield Police Department and
Lt. Cheryl Clapprod,

              **DEFENDANTS**

PLAINTIFF'S MOTION TO REMAND TO STATE COURT

1. This civil action was filed in the Hampden County Superior Court on January 7, 2005.

2. The defendants were served on January 7, 2003.

3. The defendants filed a notice of removal with this court on January 21, 2005, pursuant to which the case was removed to this court.

4. Plaintiff's complaint is not removable to federal court because all claims include Massachusetts tort law causes of action

5. Counts one (1) through sixty-seven (60) and sixty-two (62) through sixty-seven (67) assert claims under state law separate and independent from the federal claim asserted in Count 61.

6. Plaintiff erroneously stated in a single Count, in particular sixty-one (61), that Plaintiff's civil action involves a controversy between the parities and a declaration as to the respective rights and duties of the parities, pursuant to 28 U.S.C. §2201 and 2202.

7. Notwithstanding the fact that Plaintiff erroneously asserted in a single count, specifically sixty-one (61), that a relief could be granted pursuant to 28 U.S.C. §§2201 and 2202, **Plaintiff does not assert a federal claim.**

8. All parties of this action are citizens of the same state, to wit Massachusetts.

9. This court lacks subject matter jurisdiction over all claims asserted in Counts one (1) through sixty-seven (60) and sixty-two (62) through sixty-seven (67) 8.

Wherefore, plaintiff moves that this court remand all claims to the Hampden County Superior Court.

Dated: February 4, 2005                    Respectfully submitted,

                                           **Ahmad A. Sharif**,
                                           By his Attorney,


                                           /s/Tammy Sharif
                                           Tammy Sharif, Esq., BBO# 659134
                                           The Walker Building
                                           1242 Main Street, Suite 314
                                           Springfield, MA  01103
                                           Ph. (413)439-0200 / FAX 413-785-0801

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Complainant's Amended Complaint was this day served upon all parties to this action by mailing same, first class postage prepaid, to all Attorneys of record.

SIGNED under the pains and penalties of perjury.

Dated: February 4, 2005                     Respectfully submitted,

**Ahmad A. Sharif**,
By his Attorney,


/s/Tammy Sharif_____
Tammy Sharif, Esq., BBO# 659134
The Walker Building
1242 Main Street, Suite 314
Springfield, MA  01103
Ph. (413)439-0200 / FAX 413-785-0801