# United States District Court
# District of Massachusetts



| | |
|---|---|
| AHMAD A. SHARIF<br>    PLAINTIFF<br><br>v.<br><br>CITY OF SPRINGFIELD POLICE DEPARTMENT and LT. CHERYL CLAPROOD,<br>    DEFENDANTS | CIVIL ACTION NO.<br>3:05-cv-30018-MAP |

## OPPOSITION TO MOTION TO REMAND OR IN THE ALTERNATIVE, A MOTION FOR MORE DEFINITE STATEMENT

Now comes the Defendant City of Springfield Police Department and OPPESES the Motion to Remand filed by the Plaintiff.

As grounds therefore, Defendant states that Remand is not appropriate since Plaintiff has failed to comply with Rules with regard to amending the Complaint due to the failure to submit a proposed amended complaint with the motion, which would provide the Defendant adequate notice of the intended claims.

The Complaint, as filed, cites to rights asserted under federal law, and subject to the jurisdiction of this court, specifically, Title VII and the Declaratory Judgment statutory references.

It is not clear from the pleadings whether Plaintiff has waived such claims, or whether

such claims will be part of this or some later suit. Without such clarification, as would be expected from a properly pleaded complaint. Defendant has answered the complaint to the best of its abilities, and has therefore responded to the federal claims asserted.

WHEREFORE, Defendant respectfully requests that the Motion for Remand be denied, or, that this court retain jurisdiction until such time as the Plaintiff files a proposed amended complaint which clearly sets forth claims which do not involve federal questions.

Dated: March 4, 2005

THE DEFENDANT,
City of Springfield

_____
Edward M. Pikula, BBO #399770

Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:            (413) 787-6173

> **CERTIFICATE OF SERVICE**
> The undersigned hereby certifies that a true copy of the within Defendant's Notice of Removal was this day served upon Plaintiff by mailing copy of same or hand delivery to: Attorney Tammy Sharif
> 1242 Main Street - Suite 314
> Springfield, MA 01103
> SIGNED under the pains and penalties of perjury.
>   Dated:   3/4/2005